UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRICIA GRAY,

          Plaintiff,                      Civil Action No.
                                              11-CV-11447

vs.

                                              PAUL D. BORMAN
CITY OF DETROIT,                     UNITED STATES DISTRICT JUDGE

          Defendant.
_____/

**ORDER**
**(1) DENYING PLAINTIFF'S MOTION IN LIMINE TO PREVENT DEFENDANT FROM CALLING WITNESSES AT TRIAL (Dkt. No. 11);**
**(2) GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR SANCTIONS (Dkt. No. 15); and**
**(3) GRANTING DEFENDANT'S MOTION FOR SANCTIONS PROHIBITING PLAINTIFF FROM CALLING EXPERTS AT TRIAL (Dkt. No. 16)**

For the reasons stated on the record at the November 14, 2012 hearing on this matter, the Court will preclude Plaintiff from calling Dr. Saul Weingarden at trial as an expert witness. Dr. Weingarden will be permitted to testify in-person at trial only as a fact witness if he was Plaintiff's treating physician. Furthermore, Defendant is permitted to call any witnesses listed by either party on the Joint Final Pretrial Order in this matter. Dkt. No. 9.)

Accordingly, the Court will:

(1) DENY Plaintiff's Motion In Limine to Prevent Defendant From Calling Witnesses at Trial (Dkt. No. 11);

(2) GRANT Defendant's Motion for Leave to File a Motion for Sanctions (Dkt. No. 15); and

1

(3) Grant Defendant's Motion for Sanctions Prohibiting Plaintiff From Calling Experts at Trial (Dkt. No. 16).

**SO ORDERED.**

Dated: 11-26-12
Detroit, Michigan

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE